# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RUBEN DIAZ | | |
| **Case Number:** | 2:16-BK-08654-MCW | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 05, 2017 11:00 AM  7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE | | |
| **Courtroom Clerk:** | CHRISTINA JOHNSON | | |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON | | |

## *Matters:*

1) **ADV: 2-17-00002**

   **ARIEL GUERRERO LOPEZ & ALMA LOPEZ vs RUBEN DIAZ**

   DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT

   **R / M #:** 11 / 0

2) **ADV: 2-17-00001**

   **ESTEFANIA JIMENEZ vs RUBEN DIAZ**

   ORAL ARGUMENT ON DEFENDANT'S AMENDED MOTION FOR SUMMARY JUDGMENT

   **R / M #:** 11 / 0

## *Appearances:*

ZACHARY DORN, ATTORNEY FOR ARIEL GUERRERO LOPEZ, ALMA LOPEZ
JOSHUA BLAKE MAYES, ATTORNEY FOR ESTEFANIA JIMENEZ
MICHAEL G. HELMS, ATTORNEY FOR RUBEN DIAZ

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  2:16-BK-08654-MCW    WEDNESDAY, APRIL 05, 2017 11:00 AM

## *Proceedings:*

#2

Mr. Helms stated his argument for the record citing case law to support his position.

Mr. Mayes responded stating his argument citing case law to support his position.

COURT: FINDINGS OF FACT AND CONCLUSIONS OF LAW WERE STATED ON THE RECORD. IT IS ORDERED DENYING THE MOTION FOR SUMMARY JUDGMENT. IT IS FURTHER ORDERED SETTING A FINAL PRE-TRIAL STATUS CONFERENCE FOR SEPTEMBER 20, 2017 AT 10:00 AM. THE PARTIES ARE DIRECTED TO FILE A JOINT PRE-TRIAL STATEMENT ONE WEEK PRIOR. THE PARTIES SHOULD BE PREPARED TO SET THE MATTER FOR TRIAL AT THAT TIME.

#1

Mr. Helms stated his argument for the record citing case law to support his position.

Mr. Dorn responded stating his argument citing case law to support his position. He requested the opportunity to brief the issue regarding when a short sale transaction made under government regulations prohibited further transactions such as occurred here, and the impact of this court's decision making, if at all.

Mr. Helms replied.

COURT: IT IS ORDERED TAKING THIS MATTER UNDER ADVISEMENT. THE COURT WILL LIKELY ISSUE ITS RULING ON THE RECORD AT A LATER TIME.

cc: Maria Mathus
James Yeager